The order below is hereby signed.

Signed: October 23 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 24-00355-ELG |
| **Dlinas Properties LLC,** | |
| Debtor. | Chapter 11 |

### ORDER OF DISMISSAL

The debtor in this case, Dlinas Properties LLC, a corporate entity, filed a petition for relief under chapter 11 of Title 11 of the United States Code on October 23, 2024. The petition is not signed by an attorney who is a member of the bar of the district court of which this Court is a unit. It is well-established that corporate entities such as the debtor are not permitted to appear *pro se* and must be represented by and appear through counsel. It is thus

**ORDERED** that the voluntary petition (ECF No. 1) is **STRICKEN** and the above-captioned bankruptcy case is **DISMISSED**.

[Signed and dated above.]

Copies to: Debtor; all creditors.